# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC CHAFETZ, | : |
| Plaintiff, | : |
| and | : |
| BELTWAY LAW GROUP, LLP | : |
| Nominal Plaintiff, | : |
| v. | : |
| ALFRED P. CARLTON, JR., | : Case No. 1:16-cv-02223 |
| and | : [Formerly Superior Court of the District of Columbia – Case No.: 2016 CA 007304] |
| CARLTON LAW PLLC a/k/a CARLTON & GLASS, PLLC | : |
| and | : |
| CARLTON LAW GROUP, PLLC | : |
| Defendants. | : |

## NOTICE OF REMOVAL

Defendants Alfred P. Carlton, Jr., Carlton Law PLLC, a/k/a Carlton & Glass, PLLC,[1] and Carlton Law Group, PLLC (collectively, "Removing Defendants"), by counsel, hereby remove this action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

<u>Statement of the Case</u>

1. On or about October 3, 2016, Plaintiff filed a Complaint in the Superior Court of the District of Columbia (Case No.: Civil Action No. 2016 CA 007304 B) (the "D.C. Superior

---

[1] Carlton Law PLLC, a/k/a Carlton & Glass, PLLC dissolved in September, 2015.

Court Action"). Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders are attached as Exhibit A.

2. Defendants were served on October 20, 2016.

3. The Plaintiff's Complaint purports to assert two causes of action for Conversion and Legal Malpractice.

4. The Plaintiff seeks at least $493,850, including: (a) compensatory damages of $43,850, and (b) punitive damages of at least $450,000. *See* Exhibit A – Compliant at page 15.

### Diversity Jurisdiction Under 28 U.S.C. § 1332(a)

5. The United District Court for the District of Columbia has original subject matter jurisdiction in this civil action pursuant to 28 U.S.C. § 1332(a) because there is complete diversity among all properly joined and served parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Plaintiff alleges that he and the Nominal Plaintiff are D.C. residents. *See* Exhibit A at caption.

7. Plaintiff alleges that the Defendants are North Carolina residents.

8. Indeed, A.P. Carlton is a citizen of North Carolina, as are the Corporate Defendants. *See* Exhibit B – Affidavit of Alfred P. Carlton, Jr.

9. Pursuant to 28 U.S.C. § 1441(b), no party properly joined and served as a defendant in this action is a citizen of the District of Columbia, the state in which this action was filed.

10. Accordingly, there is complete diversity between the Plaintiff and Defendants in this action.

### All Procedural Requirements for Removal Have Been Satisfied

11. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders and documents from the D.C. Superior Court Action which have been served upon Defendants are being filed with this Notice of Removal.

12. This Notice of Removal has been filed within 30 days of the date that Defendants were served with the Summons or Complaint in this matter. Removal is, therefore, timely in accordance with 28 U.S.C. § 1446(b).

13. Venue is proper in this Court pursuant to 28 U.S.C. § 1446(a) and 1446(a) because the U.S. District Court for the District of Columbia is the Federal judicial district embracing the Superior Court of the District of Columbia, where the action was originally filed.

14. Following the filing of this Notice of Removal, written notice of the filing of this Notice will be delivered to Plaintiffs' counsel, as required by 28 U.S.C. § 1446(d).

15. The Removing Defendants will promptly file a copy of this Notice with the D.C. Superior Court, as required by 28 U.S.C. § 1446(d).

### Conclusion

16. By this Notice of Removal, Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections they may have to this action. Defendants intend no admission of fact, law or liability by this Notice, and expressly reserve all defense, motions and/or pleas.

WHEREFORE, the Removing Defendants give notice that the matter bearing Civil Action No. 2016 CA 007304 B in the D.C. Superior Court is removed to this Court pursuant to 28 U.S.C. § 1441. The Removing Defendants request that this Court retain jurisdiction for all further proceedings in this matter.

                Respectfully submitted,

                ALFRED P. CARLTON, JR.
                CARLTON LAW, PLLC
                CARLTON LAW GROUP, PLLC

                By Counsel

By:   */s/    Nicholas G. Hallenbeck*
       Dennis J. Quinn, Esq., #455793
       Nicholas G. Hallenbeck, Esq., #992060
       Carr Maloney P.C.
       2020 K Street, NW, Suite 850
       Washington, D.C. 20006
       (202) 310-5500 (telephone)
       (202) 310-5555 (facsimile)
       djq@carrmaloney.com
       ngh@carrmaloney.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2016, a copy of the foregoing ***Notice of Removal*** was sent by email and first-class mail, postage prepaid to:

        Timothy R. Clinton, Esq.
        Clinton Brook & Peed
        1455 Pennsylvania Ave., NW, Suite 400
        Washington, DC 20004
        tim@clintonbrook.com
        *Attorney for Plaintiff*

                */s/  Nicholas G. Hallenbeck*
                Nicholas G. Hallenbeck